Mark K. Kitabayashi, SBN 125822
mkitabayashi@lozanosmith.com
Matthew R. Hicks, SBN 191772
mhicks@lozanosmith.com
LOZANO SMITH
515 South Figueroa Street, Suite 750
Los Angeles, CA 90071
Telephone:    (213) 929-1066
Facsimile:    (213) 929-1077

Attorneys for Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT and MICHELLE KING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.W., a minor by and through his parent and Guardian Ad Litem, Y.H.,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, MICHELLE KING, SUPERINTENDENT OF THE LOS ANGELES UNIFIED SCHOOL DISTRICT, in her official capacity, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-CV-4527 PSG (JCx)<br><br>Assigned to the HONORABLE PHILIP S. GUTIERREZ<br><br>**DISCOVERY MATTER**<br><br>**ORDER FOR STIPULATED PROTECTIVE ORDER**<br><br>Magistrate Judge: Jacqueline Choolijian |

The Court, having considered the Stipulated Protective Order submitted by Plaintiff D.W., a minor by and through his guardian ad litem, Y.H., and Defendants Los Angeles Unified School District and Michelle King, and finding good cause shown per Federal Rules of Civil Procedure Rule 26(c)(1), hereby Orders as follows:

The terms set forth in the Stipulated Protective Order shall be implemented.

IT IS SO ORDERED.

DATED:    November 1, 2016            _____/s/_____
                                                          Hon. Jacqueline Choolijian
                                                          United States Magistrate Judge

---

ORDER FOR STIPULATED
PROTECTIVE ORDER

D.W., et al. v. LAUSD, et al.
Case No.: 16-CV-4527 PSG (JCx)